# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DARRYL TOLAND,

       Plaintiff,

v.                                                                                  Case No. 08-11082

JOHN WOODARD and BRENDA DIBBLE,                          District Judge Arthur J. Tarnow

       Defendants.                                                        Magistrate Judge Donald A. Scheer

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [13]; AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [10]

Before the court are plaintiff's objections to M.J. Scheer's report and recommendation. On the basis of qualified immunity, the court ADOPTS the report and recommendation. The defendants' motion for summary judgment is GRANTED.

       SO ORDERED.


                                          S/ARTHUR J. TARNOW
                                          Arthur J. Tarnow
                                          United States District Judge

Dated:  January 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 30, 2009, by electronic and/or ordinary mail.

                                          S/THERESA E. TAYLOR
                                          Case Manager